# James M'Kee, plaintiff in error *against* Joseph Reiff.

Deposition overruled, because it went to prove among other things the contents of another paper which was not proved to have been lost.

WRIT of error to the Common Pleas of Dauphin county.

The suit was brought against the plaintiff in error by the now defendant, in trespass, for taking of hogs. The now plaintiff justified under the act of assembly of 1705, "to prevent the running of swine at large," 1 Dall. St. Laws 75, but the proceed-

[Cooper v. Morrel.]

ings before the justice of peace were said to have been lost or mislaid.

To prove that fact, and the nature of those proceedings upon the trial, the deposition of the justice was offered in evidence, who swore that James M'Kee had been legally attested before him, but that his order to view and appraise the hogs, and the appraisement made in pursuance thereof by the persons appointed, were lost or mislaid. This deposition was rejected by the Court of Common Pleas, on the ground, that there was no proof of an affidavit having been made before the justice, that the hogs were running at large, without rings or yokes, without which the justice had no jurisdiction.

On behalf of the plaintiff in error, it was urged, that the deposition stated that M'Kee had been legally attested, in the words of the law; and that every requisite of the act had been complied with.

The court have affirmed the judgment below; because the deposition which was overruled went to prove, among other things, the contents of an attestation or affidavit, which was not proved either to be lost or mislaid.

Mr. Hopkins, for the plaintiff in error.

Mr. Duncan, for the defendant.